# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CHRISTOPHER D. ROGERS & KATHRYN J. ROGERS  Case Number: 07-71892
33908 REBECCA ROAD  SSN-xxx-xx-0049 & xxx-xx-7893
KINGSTON, IL 60145

Case filed on: 8/10/2007
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $176.53   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTY BERNARD NATALE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ELIZABETH ROGERS | 3,265.50 | 3,265.50 | 0.00 | 0.00 |
|  | Total Priority | 3,265.50 | 3,265.50 | 0.00 | 0.00 |
| 999 | CHRISTOPHER D. ROGERS | 0.00 | 0.00 | 176.53 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 176.53 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 3,476.99 | 3,476.99 | 0.00 | 0.00 |
| 002 | DEKALB COUNTY COLLECTOR | 3,540.00 | 3,540.00 | 0.00 | 0.00 |
| 003 | HSBC MORTGAGE SERVICES | 760.21 | 760.21 | 0.00 | 0.00 |
| 004 | WACHOVIA DEALER SERVICES | 19,783.04 | 19,371.00 | 0.00 | 0.00 |
|  | Total Secured | 27,560.24 | 27,148.20 | 0.00 | 0.00 |
| 004 | WACHOVIA DEALER SERVICES | 0.00 | 4.12 | 0.00 | 0.00 |
| 006 | AMERICAN EXPRESS CENTURION BANK | 11,446.92 | 114.47 | 0.00 | 0.00 |
| 007 | AMERICAN EXPRESS CENTURION BANK | 10,801.38 | 108.01 | 0.00 | 0.00 |
| 008 | APPLIED CARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BENEFICIAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BRINKS HOME SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 671.52 | 6.72 | 0.00 | 0.00 |
| 012 | CBUSASEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CHARTER ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CHASE / BANK ONE CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ENCORE RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | GC SERVICES LTD. PARTNERSHIP | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | GMAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | H & R ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | IC SYSTEM, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | KAPLAN UNIVERSITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | KISHWAUKEE MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MICROSOFT | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MMCB | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MUTUAL MANAGEMENT SERVICES | 646.30 | 6.46 | 0.00 | 0.00 |
| 025 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | OB - GYN ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | OSF ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | PRAIRIE HEALTH CARE, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | REVENUE ASSISTANCE PARTNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | SPRINT NEXTEL CORP | 758.03 | 7.58 | 0.00 | 0.00 |
| 031 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | SOLOMON & SOLOMON, PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | STATE FARM BANK SPECIALIZED COLLECTIONS | 3,899.57 | 39.00 | 0.00 | 0.00 |
| 034 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | WASHINGTON MUTUAL / PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | WELLS FARGO FINANCIAL | 1,025.36 | 10.25 | 0.00 | 0.00 |
| 037 | CREDITORS PROTECTION SERVICE, INC | 298.50 | 2.98 | 0.00 | 0.00 |
| 038 | COMED CO | 530.70 | 5.31 | 0.00 | 0.00 |
| 039 | RRCA ACCOUNTS MANAGEMENT INC | 547.99 | 5.48 | 0.00 | 0.00 |
| 040 | ROUNDUP FUNDING LLC | 335.26 | 3.35 | 0.00 | 0.00 |
|  | Total Unsecured | 30,961.53 | 313.73 | 0.00 | 0.00 |
|  | Grand Total: | 61,787.27 | 30,727.43 | 176.53 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $176.53 |
| Trustee Allowance: | $0.00 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008            By  /s/Heather M. Fagan